IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-CV-03265-NYW-MEH

JACOB SCHUR

    Plaintiff
v.

TOWN OF BASALT, COLORADO,
AARON MUNCH,
VALERIA MORALES, and
NINO SANTIAGO,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Timothy M. Walsh of Nathan Dumm & Mayer P.C., an attorney duly licensed to appear before this Court and hereby enters his appearance as counsel on behalf of Defendants, Town of Basalt, Colorado, Aaron Munch, Valeria Morales, and Nino Santiago.

DATED this 3rd day of January, 2025.

        *s/Timothy M. Walsh*
        Timothy M. Walsh
        NATHAN DUMM & MAYER P. C.
        7900 E. Union Avenue, Suite 600
        Denver, CO 80237-2776
        Telephone: (303) 691-3737
        Facsimile: (303) 757-5106
        ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of January, 2025 I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** using the CM/ECF system which will send notification of such filing to the following:

Zachary L. Shiffler
Raymond K. Bryant
Civil Rights Litigation Group
1543 Champa Street, Suite 400
Denver, CO 80202
Phone: (720) 515-6165
Fac: (720) 465-1975
zach@rightslitigation.com
raymond@rightslitigation.com
*Attorneys for Plaintiff*

                                      *s/Timothy Walsh*
                                      Timothy M. Walsh
                                      Attorneys for Defendants
                                      NATHAN DUMM & MAYER P.C.
                                      7900 E. Union Avenue, Suite 600
                                      Denver, CO 80237-2776
                                      Telephone: (303) 691-3737
                                      Facsimile: (303) 757-5106
                                      TWalsh@ndm-law.com