IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

| | | | |
|---|---|---|---|
| Civil Action No: | 24-cv-03265-NYW-CYC | Date: | January 27, 2025 |
| Courtroom Deputy: | Bernique Abiakam | FTR: | Courtroom C 205* |

*Parties:*                                                                    *Counsel:*

JACOB SCHUR,                                                       Zachary L. Shiffler

      Plaintiff,

v.

TOWN OF BASALT, COLORADO,                          Timothy Walsh
AARON MUNCH,                                                     Nicholas C. Poppe
VALERIA MORALES, and
NINO SANTIAGO,

      Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

---

**Court in session: 10:30 a.m.**

Court calls case.   Appearances of counsel.

Discussion held regarding the Parties' [ECF 13] *Proposed Scheduling Order.*

Comments by the Court regarding its proposed modifications and edits to the Proposed Scheduling Order, and regarding District Uniform Practice Standards and District Judge Wang's Practice Standards.

**Final Pretrial Conference:**   If no dispositive motions are filed, the Parties shall, no later than seven days after the dispositive motions deadline has passed, file a joint motion for a status conference for purposes of setting firm dates for the Final Pretrial/Trial Preparation Conference and the trial. If dispositive motions are filed, District Judge Wang will *sua sponte* set the status conference when resolving the dispositive motion(s), should the dispositive motion(s) not fully dispose of the case.

Discussion regarding production of Defendants 26(a)(1) disclosures, trial location, and written discovery requests.

The Court advises Plaintiff's counsel that the trial location will be at the discretion of Judge Wang.

**The Scheduling Order is APPROVED and ENTERED with the modifications and edits by the Court, as stated on the record.**

**Court in recess: 10:38 a.m.    Hearing concluded.    Total time in Court: 00:08**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.