IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-CV-03265-NYW-CYC

JACOB SCHUR

     Plaintiff

v.

TOWN OF BASALT, COLORADO,
AARON MUNCH,
VALERIA MORALES, and
NINO SANTIAGO,

     Defendants.

## STIPULATION UNDER D.C.COLO.R 6.1(A)

The Defendants, by and through their respective counsel, hereby submit the following stipulation under D.C.Colo.LCivR 6.1(a):

1. The deadline for the individual Defendants to respond to written discovery is March 23, 2025.

2. The undersigned conferred with counsel for the Plaintiffs, who stipulated to extend this discovery deadline by twenty-one days, up to and including April 13, 2025.

3. This extension of time is necessary due to the volume of responsive documents, some of which may contain confidential or privileged information requiring redaction and drafting of a privilege log.

4. No other extensions have been previously requested or granted in this case.

5. Pursuant to D.C.Colo.LCivR 6.1(a), counsel has served a copy of this stipulation on the undersigned's clients.

DATED this 17th day of March, 2025.

*s/Nick Poppe*
Nicholas C. Poppe
Timothy M. Walsh
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

   I hereby certify that on the 17th day of March, 2025 I electronically filed the foregoing **STIPULATION** using the CM/ECF system which will send notification of such filing to the following:

Zachary L. Shiffler
Raymond K. Bryant
Civil Rights Litigation Group
1543 Champa Street, Suite 400
Denver, CO 80202
Phone: (720) 515-6165
Fac: (720) 465-1975
zach@rightslitigation.com
raymond@rightslitigation.com
*Attorneys for Plaintiff*

               *s/Nick Poppe*_____
               Nicholas C. Poppe
               Timothy M. Walsh
               Attorneys for Defendants
               NATHAN DUMM & MAYER P.C.
               7900 E. Union Avenue, Suite 600
               Denver, CO 80237-2776
               Telephone: (303) 691-3737
               Facsimile: (303) 757-5106
               NPoppe@ndm-law.com
               TWalsh@ndm-law.com