UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Magistrate Judge Richard T. Gurley

**Case No. 24-cv-03265**

Jacob Schur

Plaintiff

v.

Town of Basalt

Defendant.

ORDER SETTING HEARING

The Court hereby sets a hearing as follows:

Type of Hearing: Discovery Dispute

Date: September 24, 2025

Time: 11:00 AM

Place: In Room 323/Grand Junction

Presiding Judge:  U.S. Magistrate Judge Richard T. Gurley

Proceeding (In-person; or Via VTC; or Via Telephone to 571-353-2301, Access 510 835 159#)

For the VTC link, please email the Court Clerk at least three days prior to the hearing. Email: Kimberley_Flynn@cod.uscourts.gov

By the Court:

Dated this 18th day of September, 2025.

_____

Richard T. Gurley, US Magistrate Judge